# IN THE SUPREME COURT OF PENNSYLVANIA

|                                                        |   |                                  |
|--------------------------------------------------------|---|----------------------------------|
|                                                        | : | No. 744                          |
| REAPPOINTMENT TO CONTINUING                            | : |                                  |
| LEGAL EDUCATION BOARD                                  | : | SUPREME COURT RULES DOCKET       |
|                                                        | : |                                  |

## ORDER

**PER CURIAM**

   **AND NOW**, this 6th day of September, 2017, Murrel R. Walters, III, Esquire, Cumberland County, is hereby reappointed as a member of the Continuing Legal Education Board, for a term expiring January 1, 2021.